[No. 35546-5-I.   Division One.   April 1, 1996.]

ANDREA CREED, ET AL., *Appellants*, v. CHALLENGES
NORTHWEST, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 93-2-20213-0, Michael J. Fox, J., entered
October 7, 1994. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Elling-
ton, J.

[No. 35664-0-I.   Division One.   April 1, 1996.]

SUKHJIT S. AHLUWALIA, ET AL., *Appellants*, v. GURU
NANAK SIKH SOCIETY OF WASHINGTON, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 93-2-02859-8, Marsha J. Pechman, J., entered
October 21, 1994. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Webster, JJ.

[No. 36799-4-I.   Division One.   April 1, 1996.]

BBC DODGE, INC., *Appellant*, v. CHRYSLER
CORPORATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33396-8, LeRoy McCullough, J., entered
May 16, 1995. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Baker, C.J., and Kennedy, J.

[No. 13902-6-III.   Division Three.   April 2, 1996.]

NORTHWEST VINEYARD/ORCHARD MANAGEMENT
COMPANY, *Plaintiff*, v. LEE R. ELLENBURG, ET AL.,
*Appellants*, NORTHWEST LAND INVESTMENT COMPANY,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 90-2-01539-3, Stephen M. Brown, J.,
entered March 4, 1994. *Affirmed in part* and *remanded* by
unpublished opinion per Sweeney, C.J., concurred in by
Schultheis and Thompson, JJ.